**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Donald COOK, Defendant–Appellant.**

**No. 00–50218.**

**D.C. No. CR–95–00295–DDP–1.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 11, 2002 *.

Decided Feb. 20, 2002.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before B. FLETCHER, T.G. NELSON, and TALLMAN, Circuit Judges.

### MEMORANDUM [**]

Donald Cook appeals from his guilty plea conviction and sentence imposed for mail fraud, in violation of 18 U.S.C. § 1341. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Cook's counsel has filed a brief stating that there are no arguable issues for review, and a motion to withdraw as counsel of record. Cook has not filed a pro se supplemental brief.

Having conducted an independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we conclude that there are no arguable appellate issues on direct appeal.

Counsel's motion to withdraw is GRANTED, and the district court's judgment is AFFIRMED.

---

[**] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

